MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

Attorneys for Plaintiffs

-o0o-

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNA LYNN MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE AUTO & HOME INSURANCE AGENCY INCORPORATED, d/b/a METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:09-cv-01872-RCJ-RJJ<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL AMENDED ANSWER AND THIRD PARTY CLAIM** |

COMES NOW Plaintiff, SHAWNA LYNN MENDOZA, by and through her undersigned counsel, MARJORIE HAUF, ESQ., of the law firm GANZ & HAUF, and hereby withdraws Plaintiff's Motion to Compel Amended Answer and Third Party Claim, as the Third Party Complaint has been filed and the motion is moot.

Dated this 22nd day of March, 2011.

GANZ & HAUF

_____
MARJORIE HAUF, ESQ.

SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATE: MARCH 25, 2011

Page 1 of 2