UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWNA LYNN MENDOZA,<br><br>  Plaintiff,<br><br>vs.<br><br>MET LIFE AUTO & HOME INSURANCE AGENCY, INC., INCORPORATED, d/b/a METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, DOES 1 through 10, and ROE CORPORATIONS 1 through 10,<br><br>  Defendant, | 2:09-cv-1872-RCJ-RJJ<br><br>O R D E R |

IT IS HEREBY ORDERED that the Scheduling Order/Discovery Plan in this case is adjusted as follows:

| | | |
|---|---|---|
| 1. | Discovery deadline | Sept. 30, 2011, |
| 2. | Joint interim discovery status report | Sept. 5, 2011 |
| 3. | Dispositive motion deadline | Oct. 31, 2011 |
| 4. | Joint Pretrial Order | Oct. 31, 2011, or 30 days from the date the court enters an order on dispositive motions. |

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

    a.    Shall identify the discovery that has been completed;

    b.    Shall identify the discovery that remains outstanding;

1      c.    Shall identify any pending discovery motions; and,

2      d.    Shall detail all attempts to settle the case.

3  DATED this __11th__ day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -