UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SHAWNA LYNN MENDOZA, | ) | 2:09-CV-01872-RCJ-RJJ |
| Plaintiff, | ) | |
| vs. | ) | <u>ORDER</u> |
| MET LIFE AUTO AND HOME INSURANCE AGENCY, INC., *et al.*, | ) | |
| Defendants. | ) | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff Shawna Lynn Mendoza's Emergency Motion for Discovery Conference, or in the Alternative, Motion for Protective Order And Stay of Discovery (Doc. #77).

The Court having reviewed the Emergency Motion (Doc. #77), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion for Discovery Conference, Or, In the Alternative, Motion for Protective Order and Stay of Discovery (Doc. #77) is **DENIED**.

IT IS FURTHER ORDERED that Plaintiff Shawna Lynn Mendoza shall be present for her deposition currently set for September 16, 2011.

DATED this 15th day of September, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge