✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF       Nevada

Met Life Auto and Home Insurance Agency, Inc.,

           Third-Party Plaintiff,

V.

Jacobs Transportation Service, LLC,

           Third-Party Defendant.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:09-cv-01872-RCJ -RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Judgment on Attorney's Fees is entered in the amount of $648.26 in favor of Jacob Transportation Services, LLC and against Met Life Auto & Home Insurance Agency Incorporated d/b/a Metropolitan Property & Casualty Insurance Company.

December 7, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk