AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Met Life Auto and Home Insurance Agency, Inc.,

        Third-Party Plaintiff,

V.

Jacobs Transportation Service, LLC,

        Third-Party Defendant.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:09-cv-01872-RCJ -RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment on Attorney's Fees is entered in the amount of $648.26 in favor of Jacob Transportation Services, LLC and against Met Life Auto & Home Insurance Agency Incorporated d/b/a Metropolitan Property & Casualty Insurance Company.

December 7, 2011                            /s/ Lance S. Wilson

Date                                              Clerk

                                                           /s/ Aaron Blazevich

                                                           (By) Deputy Clerk