# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNA LYNN MENDOZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MET LIFE AUTO AND HOME INSURANCE ) <br> AGENCY, INC., d.b.a. METROPOLITAN ) <br> PROPERTY AND CASUALTY INSURANCE ) <br> CO., ) <br> ) <br> Defendant. ) <br> ) | 2:09-cv-01872-RCJ-RJJ <br><br> **ORDER** |

This case arises out of Plaintiff Shawna Lynn Mendoza's automobile collision with a hit-and-run driver. Pending before the Court are Plaintiff's former counsel's motions to withdraw and to deposit funds with the Court pursuant to Rule 67. The Court grants those motions. (The Court has already granted Plaintiff's separate motion to substitute attorneys.) Next, Plaintiff asks the Court to stay the case because Ms. Mendoza has been hospitalized for reasons unrelated to the case. Counsel does not indicate the nature of Ms. Mendoza's hospitalization. The motion to stay was filed on December 6, 2011. There has been no update in the record as to Ms. Mendoza's availability. But even still, there is no indication that her new attorney is somehow impeded from participating in the case. The Court therefore denies the motion to stay. Finally, Defendant has filed a motion to enforce a settlement agreement, which the Court has scheduled for hearing on February 6, 2012. That hearing will proceed as scheduled.

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions to Withdraw and Deposit Funds (ECF Nos. 103, 104) are GRANTED.

IT IS FURTHER ORDERED that the Motion to Stay (ECF No. 106) is DENIED.

IT IS SO ORDERED.

Dated this 25th day of January, 2012.

_____
ROBERT C. JONES
United States District Judge