MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626



FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

NOV 21 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

-o0o-

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SHAWNA LYNN MENDOZA,

    Plaintiff,

vs.

METLIFE AUTO & HOME INSURANCE AGENCY INCORPORATED, d/b/a METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,

    Defendants.

METLIFE AUTO & HOME INSURANCE AGENCY, INC., INCORPORATED, d/b/a METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY,

    Third Party Plaintiff,

vs.

JACOBS TRANSPORTATION SERVICE LLC, a Nevada Limited Liability Company, DOE I Driver, DOES II through X, ROE CORPORATIONS I through X, inclusive,

    Third Party Defendant.

CASE NO.:   2:09-cv-01872-RCJ-RJJ

**JUDGMENT**

1  GANZ & HAUF, former counsel for Plaintiff, SHAWNA LYNN MENDOZA, has brought
2  a motion to adjudicate an attorney's lien against Plaintiff's settlement award. This motion was
3  heard by the Honorable Robert C. Jones, United States District Judge, on August 6, 2012. On
4  September 6, 2012, the Court ORDERED that this Motion to Adjudicate Attorney's Lien (ECF No.
5  120) be GRANTED in part. Specifically, the Court awarded GANZ & HAUF $14,879.50 in costs
6  and $9,048.20 in attorney fees, for a total of $23,927.70.

7  THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that GANZ & HAUF
8  recover from the Plaintiff, SHAWNA LYNN MENDOZA, and her counsel of record, TREVOR
9  HATFIELD, Esq., and the law firm of ROSENFELD BAUMAN & FORBES, the sum of
10 $23,927.70, and post judgment interest on the sum of $23,927.70 at the rate provided by law from
11 the date of entry of this Judgment, until the judgment is satisfied. This Judgment shall be the joint
12 responsibility of Plaintiff, SHAWNA LYNN MENDOZA, and her counsel of record, TREVOR
13 HATFIELD, Esq., and the law firm of ROSENFELD BAUMAN & FORBES.

Dated this 21st day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated this 25TH day of September, 2012.

By: _____
MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Ave. Ste 1
Las Vegas, Nevada 89147